IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:12CR48 |
| vs. | |
| MAXIMO CARLOS VELASQUEZ, | ORDER ON APPEARANCE FOR SUPERVISED RELEASE VIOLATION |
| Defendant. | |

The defendant appeared before the Court on May 30, 2024 regarding Petition for Offender Under Supervision [50]. Karen Shanahan represented the defendant. Mikala Purdy-Steenholdt represented the government. The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

The government moved for detention based upon risk of flight and danger. The defendant is not in federal custody and requests a preliminary and detention hearing upon coming into federal custody. The defendant shall be afforded the right to a preliminary and detention hearing upon coming into federal custody and the government's motion for detention is held in abeyance. The defendant shall appear personally for a final dispositional hearing before Chief U.S. District Judge Robert F. Rossiter, Jr. in Courtroom No. 4, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, at 9:30 a.m. on July 24, 2024.

The defendant shall be returned to the custody of Nebraska state authorities pending the final disposition of this matter. The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

**IT IS SO ORDERED**.

Dated this 30th day of May, 2024.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge