IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>MAXIMO CARLOS VELASQUEZ,<br><br>    Defendant. | 8:12CR48<br><br>ORDER |

    The defendant appeared before the Court on August 26, 2024, regarding Restricted Motion to Review Detention [67]. Karen Shanahan represented the defendant. Joseph Meyer represented the government.

    The Court, being fully advised in the premise, finds that the Restricted Motion to Review Detention [67] should be granted. The defendant shall be released on the current terms and conditions of supervision, which also include the Defendant reporting and residing at the Nova Treatment Community. Defendant shall be transported by the United States Marshals from Saunders County Corrections to the Roman Hruska Courthouse on 8/27/2024 by 9:00 a.m. to be released after processing and directly transported by Ponca Express to the Nova Treatment Community.

    **IT IS SO ORDERED**.

    Dated this 26th day of August, 2024.

BY THE COURT:

s/ Michael D. Nelson
United States Magistrate Judge